# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:06-CR-111 (Phillips) |
| v. ) | |
| ) | No. 3:06-CR-112 (Varlan) |
| JACK BURCHETT, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER AMENDING INDICTMENT

On August 15, 2006, Jack Burchett was indicted in Case No. 3:06-CR-111 and charged with being a felon in possession of firearms and ammunition in violation of 18 U.S.C. § 922(g)(1). On August 22, 2006, the grand jury returned a second Indictment in Case No. 3:06-CR-112, charging the Defendant with retaliating against a federal grand jury witness causing bodily injury and citing a violation of 18 U.S.C. § 1512(b)(1) and (c). The Indictment in Case No. 3:06-CR-112, according to the agreement of the parties, should have cited 18 U.S.C. § 1513(b)(1) and (c), and not 18 U.S.C. § 1512(b)(1) and (c), as the code violation. The particulars and elements contained in the narrative portion of the Indictment in Case No. 3:06-CR-112 are accurate and need no modification. It is only the code section that is in error.

1

Accordingly, upon agreement of the parties and for good cause shown, it is hereby **ORDERED** that the Indictment in Case No. 3:06-cr-112 be amended by striking the code citation "[Title 18, United States Code, Section 1512(b)(1) and (c)]" and replacing it with "[Title 18, United States Code, Section 1513(b)(1) and (c)]."

ENTER:

*Thomas W. Phillips*
~~THOMAS A. VARLAN~~
UNITED STATES DISTRICT JUDGE

Approved by:

JAMES R. DEDRICK
United States Attorney

By: _____
Tracy L. Stone
Assistant United States Attorney

_____
Kim A. Tollison
Attorney for Jack Burchett

2